R. GIBSON PAGTER, JR., CA SBN 116450
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701
Telephone: (714) 541-6072
Facsimile:   (714) 541-6897
Email: gibson@pagterandmiller.com

Attorneys for Plaintiff, Archangel
World Investments, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ARCHANGEL WORLD INVESTMENTS, INC., a Panamanian corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GLOBAL SUPPLY SOURCE, INC., *et al*,<br><br>　　　　　　　　Defendants. | Case No. CV 13-80066-MISC<br><br>ORDER VACATING JUDGMENT DEBTOR EXAMINATIONS SET FOR 7/30/13 |

It appearing that ARCHANGEL WORLD INVESTMENTS, INC., has been unable to serve the judgment debtors, Thomas Wallin and Mabanox Inc., with this Court's Order to Appear for Examination, dated 6/24/13, as required by CA CCP Section 708.110(d) IT IS HEREBY ORDERED that the 7/30/13 judgment debtor hearings for same, set for 9 am, are off calendar.

Date: July 30, 2013

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte