R. GIBSON PAGTER, JR., CA SBN 116450
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701
Telephone: (714) 541-6072
Facsimile:   (714) 541-6897
Email: gibson@pagterandmiller.com

Attorneys for Plaintiff, Archangel
World Investments, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ARCHANGEL WORLD INVESTMENTS, INC., a Panamanian corporation,<br><br>            Plaintiff,<br><br>v.<br><br>GLOBAL SUPPLY SOURCE, INC., *et al*,<br><br>            Defendants. | Case No. CV 13-80066-MISC<br><br>ORDER VACATING JUDGMENT DEBTOR EXAMINATIONS SET FOR 6/4/14<br><br>DATE: 6/4/14<br>TIME: 9:00 A.M.<br>CTRM: F-15TH FLOOR |

It appearing that ARCHANGEL WORLD INVESTMENTS, INC. has agreed to change the venue for the examination of the judgment debtors, <u>Thomas Wallin and Mabanox Inc.</u>, IT IS HEREBY ORDERED that the 6/4/14 judgment debtor examinations of same, set for 9 am in this Court, are off calendar.

Date: June 3, 2014

_____
ELIZABETH D. LAPORTE
U.S. CHIEF MAGISTRATE JUDGE